In the Matter of GREGORY MINGO, Appellant, v P. CHAPPIUS, as Superintendent of Elmira Correctional Facility, et al., Respondents.

Submitted March 2, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

MARITZ OSORIO, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 23, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BRENDA POMERANCE, on Behalf of Herself and in the Right of 310 WEST 52 STREET CONDOMINIUM ASSOCIATION, Appellant, v BRIAN SCOTT MCGRATH et al., Respondents.

Submitted March 9, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.